## STRATTON, TERSTEGGE & CO. v. CAIN.

Court of Appeals of Kentucky.

(Decided Feb. 2, 1934.)

L. E. CAMPBELL for movant.

H. M. CLINE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## HELM v. NETHERY.

Court of Appeals of Kentucky.

(Decided Feb. 6, 1934.)

TANNER OTTLEY for movant.

C. R. HICKS, B. L. SIMPSON and C. R. CRABTREE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## FALLS CITY CASKET COMPANY v. LOUISVILLE'S CREDIT MEN'S ADJUSTMENT BUREAU.

Court of Appeals of Kentucky.

(Decided Feb. 13, 1934.)

W. G. DEARING for movant.

WOODWARD, HAMILTON & HOBSON, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.